

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, May 5, 2015

No. 04-15-00181-CR

Genevieve Marie **PANTOJA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4434
Honorable Steve Hilbig, Judge Presiding

## O R D E R

On May 4, 2015, appellant's appointed counsel, Richard B. Dulany Jr. of the Bexar County Public Defender's Office, moved to withdraw as appellate counsel due to a conflict of interest. We agree there is an existing conflict and therefore **GRANT** counsel's motion. *See* TEX. R. APP. P. 6.5. Because appellant is indigent, new appellate counsel must be appointed.

Accordingly, we **ORDER** this appeal **ABATED** and **REMANDED** to the trial court for action in accordance with this order. We **ORDER** the trial court to appoint new appellate counsel on or before **May 15, 2015**. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). The trial court is advised that no attorney from the Bexar County Public Defender's Office should be appointed to represent appellant due to the existing conflict. We further **ORDER** the trial court clerk to file a supplemental clerk's record containing the trial court's order appointing new appellate counsel in this court on or before **May 25, 2015**.

We **order** the clerk of this court to serve a copy of this order on the trial court, the district clerk, the court reporter, and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2015.



Keith E. Hottle
Clerk of Court